# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| RONALD L. WHISPELL, | : No. 652 MAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| BUCKHORN VOLUNTEER COMMUNITY | : |
| FIRE CO. NO. 1, A/K/A BUCKHORN | : |
| COMMUNITY VOLUNTEER FIRE CO. | : |
| NO. 1., | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.